IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES CARTER | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-62 |
| DIRECTOR, TDCJ-ID | § | |

<u>MEMORANDUM OPINION REGARDING TRANSFER</u>

Petitioner James Carter, an inmate currently confined at the Michael Unit of the Texas Department of Criminal Justice, Institutional Division (TDCJ-ID), proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

<u>Discussion</u>

Title 28 U.S.C. § 2254(a) allows a district court to "entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A state prisoner is required to file his federal petition for writ of habeas corpus either in the district where the prisoner is incarcerated or the district where the prisoner was convicted and sentenced. 28 U.S.C. § 2241(d). Although both district courts have jurisdiction to entertain the application, "[t]he district court for the district wherein such an application is filed in

the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." *Id.*

Petitioner filed this petition in the Beaumont Division of the Eastern District of Texas. Petitioner was convicted and sentenced in Harris County, which is located in the Southern District of Texas. Petitioner is confined at the Michael Unit, which is located in the Tyler Division of the Eastern District of Texas.

This petition challenged the constitutionality of a prison disciplinary conviction. The court has considered the circumstances and has determined that the interest of justice would best be served if this petition were transferred to the division where petitioner is confined. Therefore, the petition should be transferred to the Tyler Division of the Eastern District of Texas for hearing and determination. An order so providing will be entered by the undersigned.

**SIGNED this the 17th day of February, 2017.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE